IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-cv-663-FL

| | |
|---|---|
| TYRONE LUMLEY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| TOWN OF KNIGHTDALE,<br>NORTH CAROLINA, | )<br>)<br>) |
| Defendant. | )<br>) |

Before the Court is the consent motion of Plaintiff Tyrone Lumley to stay all deadlines, including the deadline for submission of the parties' Rule 26(f) report, for forty-five (45) days due to settlement of this matter. [D.E. #21].

For good cause shown, the motion is hereby GRANTED, and this matter is STAYED for a period of forty-five (45) days to permit the filing of a notice of voluntary dismissal by Plaintiff.

SO ORDERED, this 23rd day of September, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge